UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA I. DUFFY,<br><br>Defendant. | NO. CR-08-079-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA** |

Before the Court is Defendant's Motion to Withdraw Guilty Plea (Ct. Rec. 51). A hearing on the motion was held on December 10, 2009, in Spokane, Washington. Defendant was present and represented by Jamie Hawk. The Government was represented by Pam Byerly. This order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Withdraw Guilty Plea (Ct. Rec. 51) is **GRANTED**.

2. A change of plea hearing is set for **December 14, 2009**, at 4:00 p.m., in Spokane, Washington.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and U.S. Probation Office.

**DATED** this 11th day of December, 2009.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2008\Duffy\grant.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW PLEA ~ 1**